# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 3, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140978 & (36)

JANE FORD,
      Plaintiff-Appellant,

v

NATIONAL CHURCH RESIDENCES, INC.,
d/b/a MEADOW CREEK VILLAGE,
      Defendant-Appellee.

SC: 140978
COA: 288416
Oakland CC: 2007-085235

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the January 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 3, 2010

_____
Clerk

p1027